**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Travon Gardner and Treonia Gardner, | ) | |
| | ) | Case No. 18 CV 4251 |
| Plaintiffs, | ) | |
| | ) | Honorable Judge Harry D. Leinenweber |
| v. | ) | |
| | ) | |
| The City of Chicago, James Haworth and Zachary Gammonley, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINAL AGREED ORDER OF DISMISSAL**

    This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, Travon Gardner and Treonia Gardner, by their attorney, Lance D. Northcutt, and James Haworth and Zachary Gammonley, by their attorney, Allison L. Romelfanger, Assistant Corporation Counsel Supervisor, and Defendant City of Chicago, by its attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss and the Chicago City Council having enacted an ordinance authorizing the settlement agreement and payment of the funds agreed upon in the Release and Settlement Agreement, the Court being otherwise fully advised in the premises, orders as follows:

2

    All of the claims of Plaintiffs, Travon Gardner and Treonia Gardner, against defendants, City of Chicago, James Haworth and Zachary Gammonley, are dismissed with prejudice, without leave to reinstate, and with each party bearing its own costs and attorneys' fees.

ENTER:_____
Honorable Harry D. Leinenweber
United States District Court, Northern District of Illinois

DATED: 1/28/2020